```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12809
    BECKY THOMPSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3844

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/06/2005 and was confirmed 06/06/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  75.69% from remaining funds.

    The case was paid in full 06/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00              .00             .00
AOL SHOP DIRECT           UNSECURED       NOT FILED              .00             .00
CHASE BANK                UNSECURED OTH      155.05              .00          117.35
BLAIR CORPORATION         UNSECURED           129.25             .00           97.83
CAPITAL ONE               UNSECURED       NOT FILED              .00             .00
CAPITAL ONE               UNSECURED       NOT FILED              .00             .00
CAPITAL ONE               UNSECURED       NOT FILED              .00             .00
CAPITAL ONE               UNSECURED       NOT FILED              .00             .00
CAPITAL ONE               UNSECURED       NOT FILED              .00             .00
CAPITAL ONE               UNSECURED       NOT FILED              .00             .00
SMC                       UNSECURED           507.91             .00          384.44
ECAST SETTLEMENT CORP     UNSECURED          1747.87             .00         1322.98
NORDSTROM FSB             UNSECURED           251.31             .00          190.22
ONE MAGNIFICENT SMILE     UNSECURED           828.24             .00          626.90
AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00             .00
WORLD FINANCIAL NETWORK   UNSECURED           718.57             .00          543.89
WORLD FINANCIAL NETWORK   UNSECURED           115.93             .00           87.75
DAVID M SIEGEL            DEBTOR ATTY       2,244.00                         2,244.00
TOM VAUGHN                TRUSTEE                                              324.64
DEBTOR REFUND             REFUND                                                88.55

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  6,028.55

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    3,371.36
ADMINISTRATIVE                               2,244.00
TRUSTEE COMPENSATION                           324.64

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 12809 BECKY THOMPSON
```

```
DEBTOR REFUND                                                    88.55
                                        ---------------  ---------------
TOTALS                                         6,028.55         6,028.55
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE